# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

UNITED STATES OF AMERICA

　　　　　　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　Case No.: 1:18−cr−00286

　　　　　　　　　　　　　　　　　　　　Honorable Matthew F. Kennelly

Xavier Elizondo, et al.

　　　　　　　　　　　　Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 14, 2019:

　　　　MINUTE entry before the Honorable Matthew F. Kennelly as to Xavier Elizondo and David Salgado: Status hearing held on 2/14/2019. Defendant Elizondo's motion to suppress [23] is denied; written ruling to follow. Any motion to sever to be filed by 3/1/2019. Deadline for Government's Santiago proffer is 4/8/2019. Any motions in limine are due by 4/22/2019; responses due by 5/1/2019. The government is to submit a proposed statement of the case, voir dire questions, jury instructions, and a witness list by 4/29/2019. The same materials are due from the defendant by 5/6/2019. Final pretrial conference set for 5/8/2019 at 3:30 p.m. Status hearing is set for 3/6/2019 at 1:30 p.m. Ordered time excluded for both defendants through 5/13/2019, for filing of pretrial motions and for the Court to rule on them, pursuant to 18 U.S.C. 3161 (h)(1)(D). Mailed notice. (pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.