Order Form (01/2005)

17-GJ-01065

## United States District Court, Northern District of Illinois

MAGISTRATE JUDGE COLE

| Name of Assigned Judge or Magistrate Judge | JUDGE KENNELLY | Sitting Judge if Other than Assigned Judge | Jeffrey T. Cummings |
|---|---|---|---|
| CASE NUMBER | 18-CR-00286 | DATE | MARCH 19, 2019 |
| CASE TITLE | U.S. v. XAVIER ELIZONDO, ET AL. | | |

**DOCKET ENTRY TEXT**

### Grand Jury Proceeding

The Grand Jury for  SPECIAL JUNE 2018  the Session, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge _____

BOND PREVIOUSLY SET IN (18-CR-00286) TO STAND AS BOND IN THIS INSTANCE AS TO XAVIER ELIZONDO AND DAVID SALGADO.



FILED
MAR 19 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE _____ (ONLY IF FILED
or MAGISTRATE JUDGE                          UNDER SEAL)

Courtroom Deputy Initials: rbf