# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

UNITED STATES OF AMERICA

                                       Plaintiff,

v.                                                        Case No.: 1:18−cr−00286
                                                              Honorable Matthew F. Kennelly

Xavier Elizondo, et al.

                                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 16, 2019:

      MINUTE entry before the Honorable Matthew F. Kennelly as to Xavier Elizondo (1) and David Salgado (2): Status hearing held on 7/16/2019 and continued to 8/28/2019 at 1:30 p.m. Any motions in limine are due by 9/9/2019. Responses are due by 9/16/2019. The government is to submit a proposed statement of the case, voir dire questions, jury instructions, and a witness list by 9/9/2019. The same materials are due from the defendant by 9/16/2019. Final pretrial conference set for 9/19/2019 at 3:30 p.m. Time ordered excluded through 8/28/2019 due to the complexity of the case, pursuant 18 USC 3161(h)(7)(B)(ii). Mailed notice. (pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.