UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>XAVIER ELIZONDO et al. | Case No. 18 CR 286<br><br>District Judge Matthew F. Kennelly |

**PETITION FOR *WRIT* OF *HABEAS CORPUS AD TESTIFICANDUM***

Now comes the UNITED STATES OF AMERICA by JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, and respectfully represents unto Your Honor that:

>  Name: ELIJAH ROBINSON
>  Date of Birth: XX/XX/1985
>  Sex: Male
>  Race: African American
>  Jail/Prisoner #: XXX347

has been and now is, in due form and process of law, detained in the following institution:

Rock County Jail, Janesville, Wisconsin.

Your petitioner further represents to Your Honor that the said prisoner should appear to give testimony in the above-captioned matter before District Judge Matthew F. Kennelly on October 7, 2019, at 9:30 a.m., in the United States Courthouse, Chicago, Illinois.

WHEREFORE, your petitioner prays for an Order directing the issuance of a *Writ* of *Habeas Corpus Ad Testificandum* in this matter directed to the following persons:

| | |
|---|---|
| JASON WOJDYLO | AARON BURDICK |
| Acting United States Marshal | Captain |
| Northern District of Illinois | Rock County Jail |
| 219 South Dearborn Street | 200 U.S. 14 |
| Room 2444 – Federal Building | Janesville, Wisconsin |
| Chicago, Illinois 60604 | |

commanding them to produce the body of the said prisoner before District Judge Matthew Kennelly, and that said persons produce the body of said prisoner on October 1, 2019 at 9:00 a.m., and that the said prisoner shall be remanded to and remain in the custody of the Metropolitan Correctional Center, 71 West Van Buren, Chicago, Illinois 60605; and/or agents of the Federal Bureau of Investigation until the conclusion of the prisoner's testimony before this Court, and that the prisoner shall then be returned forthwith to said institution from which he was brought.

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By:    */s/ Sean Franzblau*
SEAN FRANZBLAU
Assistant United States Attorney
219 S. Dearborn St., Rm. 500
Chicago, IL 60604
(312) 353-5305