UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>XAVIER ELIZONDO, aka "X," and DAVID SALGADO | No. 18 CR 286<br><br>Judge Matthew F. Kennelly |

# GOVERNMENT's AMENDED WITNESS LIST

The UNITED STATES OF AMERICA, through JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, respectfully submits this amended list of witnesses the government intends to call at trial:

1. Sean Martin (CPD)
2. Marc Recca (FBI)
3. Jeffrey Owens
4. Mauricio Aruajo
5. Timothy Moore (CPD)
6. Joe Raschke (FBI) (Expert);
7. Robert Leary (FBI)
8. Jose Sanchez (CPD)
9. Joe Treacy (CPD)
10. Mike Karczewski (CPD)
11. Kathy Bradley (CPD)
12. Fabiola Mejia-Montalto (Expert);
13. Antwan Davis
14. Richard Mostowski (CPD)
15. James Johnson
16. Lisa Torres (CPD)
17. Latonia Gipson
18. Kayla Gipson
19. Elijah Robinson
20. Chiquita Hampton
21. Jose Ascencio
22. Elizabeth Hayes
23. Karen Conway (CPD)
24. Ann Randall (CPD)

| | |
|---|---|
| 25. Barb Jotautas (CPD) | 27. James Ryle (CPD) |
| 26. Kathleen Brown (FBI) | 28. Catalina Maria Johnson (Expert) |

                Respectfully submitted,
                JOHN R. LAUSCH, JR.
                United States Attorney

By:   */s/ Sean Franzblau*
       SEAN J.B. FRANZBLAU
       ANKUR SRIVASTAVA
       Assistant United States Attorneys
       219 S. Dearborn Street
       Chicago, Illinois 60604
       (312) 353–5300