**IN THE UNITED STATES
DISTRICT COURT FOR THE NORTHERN
DISTRICT OF ILLINOIS – EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | **Case No. 18CR286** |
| VS. ) | |
| ) | |
| XAVIER ELIZONDO, ) | |
|      **Defendants** ) | |

**AMENDED DEFENDANT XAVIER ELIZONDO WITNESS LIST**

  Now comes your Defendant Xavier Elizondo, by and through his attorney, Michael F. Clancy, respectfully submits the following list of witnesses intended to call at trail:

1. James Whitehead- Data Analyzer with Q Discovery

2. A.S.A. Angel Egglestein

3. Special Agent Jerod Mcquiston F.B.I.

4. Special Agent Larry Lapp F.B.I.

5. Special Agent Mathew Darby F.B.I.

6. Special Agent Scott Davis F.B.I.

7. Special Agent Hellen Dunn F.B.I.

8. Special Agent Jason Liefer F.B.I.

9. Special Agent Steven Cohen F.B.I.

10. Special Agent Curt Haralson F.B.I.

11. P.O. Michael Fleming C.P.D.

12. SGT. Keith Olson C.P.D.

13. L.T Chris Bielfeldt C.P.D.

14. P.O. Roberto Ramirez C.P.D.

15. P.O Kevin Killen C.P.D.

16. P.O Carlos Delatorre C.P.D.

17. P.O Ryan Stec C.P.D.

18. P.O Justin Homer C.P.D.

19. P.O Benjamin Martinez C.P.D.

20. P.O. Alan Hadac C.P.D

21. Keeper of records T-Mobile

22. Terra Reynolds

                                    Respectfully Submitted,

                                    /s/ Michael F. Clancy
                                    Michael F. Clancy

Michael F. Clancy
53 W. Jackson Blvd.
Suite 1401
Chicago, IL 60604
312-427-0288

## **CERTIFICATE OF SERVICE**

      I hereby certify that foregoing **Defendant Xavier Elizondo List of Witness** was served on October 7, 2019, in accordance with Fed.R.Crim.P.49, Fed.R.Civ.P.5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

      Respectfully Submitted,

/s/Michael F. Clancy
**Michael F. Clancy**, attorney for Xavier Elizondo

Michael F. Clancy
53 W. Jackson Blvd.
Suite 1401
Chicago, IL 60604
(312) 427-0288