# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Xavier Elizondo, et al.

Defendant.

Case No.: 1:18−cr−00286
Honorable Matthew F. Kennelly

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 23, 2019:

CORRECTED MINUTE entry before the Honorable Matthew F. Kennelly as to Xavier Elizondo: Jury trial and jury deliberations completed on 10/22/2019. The jury finds defendant Xavier Elizondo guilty on Counts 1s, 2s, 3s, 4s, 6s of the Superseding Indictment. Case is referred to the Probation Office for preparation of a presentence report. Post−trial motions shall be filed by 11/26/2019. Sentencing hearing set for 1/23/2020 at 1:30 p.m. The presentence report is to be filed by 12/19/2019. Government#039;s version of the offense is to be submitted by 11/6/2019. Defendant's version, if any, is to be submitted by 11/13/2019. Government's sentencing memorandum is to be filed by 1/9/2020. Defendant's sentencing memorandum is to be filed by 1/16/2020. Status hearing set for 12/3/2019 at 1:30 p.m. Defendant's appearance is waived for the next status hearing. Government's oral motion to modify defendant's conditions of release is granted and paragraph K of the conditions of release [14] is added for the reasons stated in open court. Defendant Xavier Elizondo is not to possess a firearm and must turn over his FOID card to Pretrial Services by 10/23/2019 at 3:30 p.m. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.