IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 18 CR 286-1 |
| | ) | Hon. Matthew F. Kennelly |
| XAVIER ELIZONDO | ) | |

**DEFENDANT ELIZONDO'S UNOPPOSED MOTION FOR DISCLOSURE OF SENTENCING RECOMMENDATION**

NOW COMES the defendant, Xavier Elizondo, by and through his attorney, Michael F. Clancy, and respectfully moves this Honorable Court to order the Probation Office to disclose its sentencing recommendation in this case. In support thereof, the defendant states as follows:

1. The Probation Office submitted its Presentence Investigation Report last week. Sentencing is set for February 4, 2020.

2. To better prepare for sentencing, Elizondo respectfully requests disclosure of the probation officer's sentencing recommendation.

3. AUSA Sean Franzblau has been contacted concerning this request, and does not oppose it.

WHEREFORE, based on the foregoing, Elizondo respectfully moves this Honorable Court to order disclosure of the sentencing recommendation.

Respectfully submitted,

s/ Michael F. Clancy

MICHAEL F. CLANCY
53 W. Jackson Blvd., Suite 1401
Chicago, IL 60604
(312) 427-0288

1

2