**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1**
**Eastern Division**

UNITED STATES OF AMERICA

                    Plaintiff,

v.                                                     Case No.: 1:18–cr–00286
                                                       Honorable Matthew F. Kennelly

Xavier Elizondo, et al.

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, January 23, 2020:

        MINUTE entry before the Honorable Matthew F. Kennelly as to Xavier Elizondo,
David Salgado: Status hearing held on 1/23/2020. The sentencing hearing set for 2/4/2020
is vacated and reset to 3/11/2020 at 10:00 a.m. Government's sentencing memorandum is
due 2/26/2020. Defendant's sentencing memorandum is due 3/4/2020. Mailed notice.
(mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.