**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
Eastern Division**

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                                      Case No.: 1:18−cr−00286
                                                         Honorable Matthew F. Kennelly

Xavier Elizondo, et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, March 11, 2020:

      MINUTE entry before the Honorable Matthew F. Kennelly as to Xavier Elizondo: Sentencing held on 3/11/2020. The continued sentencing hearing set for 3/12/2020 is vacated and reset to 3/18/2020 at 3:00 p.m. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.